Minnette Mosel, also known as Muretto Moselle and Mrs. Charles Mosel, Appellant, v. Morris Tucker, Trading as Tucker Furs, Defendant. Globe and Rutgers Fire Insurance Company, Appellee.

Gen. No. 43,589.

opinion filed November 19, 1946; released for publication December 3, 1946. Paul H. Heineke, for appellant; Samuel Levin, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.